UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD RIGHETTI, | 1:09-CV-01652 GSA HC |
| Petitioner, | ORDER TO ADMINISTRATIVELY CLOSE CASE |
| v. | |
| A. HEDGEPETH, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 15, 2009, Petitioner filed a petition for writ of habeas corpus. The case was assigned Case No. "1:09-CV-01626 DLB HC." On September 17, 2009, the Court received and filed a second petition which upon review is identical to the first. The case was assigned Case No. "1:09-CV-01652 GSA HC." Since the second petition is a duplicate of the first, it will be dismissed.

Accordingly, the Clerk of Court is DIRECTED to ADMINISTRATIVELY CLOSE Case No. "1:09-CV-01652 GSA HC." All pending motions are DENIED as moot.

IT IS SO ORDERED.

Dated:   **October 5, 2009**          /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE